IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY, | CV 17-103-BLG-TJC |
| Plaintiff/Counterclaim Defendant, | **ORDER** |
| vs. | |
| KINDKAID CIVIL CONSTRUCTION, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

Before the Court is Defendant's Motion for Settlement Conference. (Doc. 28.) It is unclear whether Plaintiff opposes the motion. If Plaintiff opposes the motion, it should file a response stating its reason for opposition by November 26, 2018. If no response is filed, the Court will refer the case to United States Magistrate Judge Lynch for the purpose of conducting a settlement conference.

DATED this 19th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge