IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED FIRE AND CASUALTY COMPANY, <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> KINKAID CIVIL CONSTRUCTION LLC, <br><br> Defendant/Counter-Claimant. | CV 17-103-BLG-SPW-TJC <br><br> **ORDER** |

Before the Court is Plaintiff/counter-defendant United Fire and Casualty Company's ("United") Unopposed Motion to Vacate Scheduling Order. (Doc. 34). The Court believes a telephonic Status Conference will be beneficial in its consideration of the motion. Accordingly,

IT IS ORDERED that the Court will conduct a telephonic status conference on **January 17, 2019 at 11:00 a.m.** Counsel shall follow the steps below to participate in the conference:

    a.    Dial 1-877-848-7030

    b.    Enter Access Code 5492555

///
///

c. Press #

DATED this 11th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge