IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED FIRE AND CASUALTY COMPANY,<br><br>            Plaintiff/Counter-Defendant,<br><br>vs.<br><br>KINKAID CIVIL CONSTRUCTION LLC,<br><br>            Defendant/Counter-Claimant. | CV 17-103-BLG-TJC<br><br>**ORDER CONTINUING HEARING** |

The motion hearing scheduled in this matter for **June 13, 2019, at 10:30 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana, is hereby CONTINUED to **June 20, 2019, at 10:30 a.m.**

DATED this 10th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge