Domenic A. Cossi
Jory C. Ruggiero
WESTERN JUSTICE ASSOCIATES PLLC
303 West Mendenhall Street Suite 1
Bozeman, MT 59715
(406)587-1900
domenic@westernjusticelaw.com
jory@westernjusticelaw.com

*Attorneys for Defendant/Counterclaimant Kinkaid*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY,<br><br>Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>KINKAID CIVIL CONSTRUCTION LLC,<br><br>Defendant/Counterclaimant | Cause No. DV-17-103-BLG-SPW-TJC<br><br>**NOTICE OF PARTIAL SETTLEMENT AND STIPULATED MOTION TO VACATE CERTAIN DEADLINES AND HEARINGS** |

The Parties hereby notify the Court that they have reached a partial settlement agreement that resolves many issues in this case.

Accordingly, the Parties also file this Stipulated Motion and move the Court to vacate all deadlines relating to Defendant/Counterclaimant Kinkaid Civil Construction, LLC (Kinkaid)'s breach of contract and Unfair Trade Practices Act Counterclaim. This would include:

- Any Response or Reply Briefs due relating to Kinkaid's Motion For Partial Summary Judgment (Doc. 58).
- The hearing regarding Kinkaid's Motions to Compel (Docs. 40 and 43), currently scheduled for this Thursday, June 20 at 10:30 a.m.

The Parties do not request that the briefing schedule related to Plaintiff/Counterclaim Defendant's United Fire & Casualty Company (United Fire)'s Motion for Summary Judgment regarding its duty to defend (Doc. 61) be vacated. Kinkaid filed its Response Brief to that Motion on June 14 and, if desired, United Fire will file its Reply Brief on or before June 28.

A Proposed Order is accompanies this Notice and Stipulated Motion.

DATED this 17th day of June, 2019.

        WESTERN JUSTICE ASSOCIATES, PLLC

        By: /s/ *Domenic A. Cossi*
            Domenic A. Cossi
         *Attorney for Defendant and*
           *Counterclaim Plaintiff*

        MATOVICH, KELLER & HUSO, P.C.

        By: /s/ *Katherine S. Huso*
           Katherine S. Huso
         *Attorney for Plaintiff/Counterclaim*
          *Defendant United Fire & Casualty Co.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2019, a true and correct copy of this document was served on the following person(s) by:

_1,2_      CM/ECF
_____      Hand Delivery
_____      Mail
_____      Overnight Delivery Service
_____      Fax
_____      E-Mail

1. Clerk of U.S. District Court

2. Katherine S. Huso
   MATOVICH, KELLER & HUSO, P.C.
   2812 1st Avenue North, Suite 225
   P.O. Box 1098
   Billings, MT 59103-1098
   khuso@mkhattorneys.com
   *Attorney for Plaintiff/Counter Defendant*

By: /s/ *Domenic A. Cossi*
      Domenic A. Cossi