IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED FIRE & CASUALTY COMPANY, | CV 17-103-BLG-TJC |
|---|---|
| Plaintiff/Counterclaim Defendant, | **ORDER OF DISMISSAL WITH PREJUDICE ONLY AS TO COUNTS II AND III OF THE COUNTERCLAIM AND CERTAIN CLAIMS WITHIN COUNT I OF THE COUNTERCLAIM** |
| vs. | |
| KINKAID CIVIL CONSTRUCTION LLC, | |
| Defendants/Counterclaimant. | |

Pursuant to the parties' unopposed motion to dismiss certain claims and counts with prejudice (Doc. 86), and good cause appearing,

IT IS HEREBY ORDERED that Counts II and III of Kinkaid Civil Construction, LLC's Counterclaim are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 16th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1