IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
11/5/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| UNITED FIRE & CASUALTY COMPANY,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>KINKAID CIVIL CONSTRUCTION LLC,<br><br>    Defendant/Counterclaim Plaintiff. | CV 17-103-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 88), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs. All pending motions are DENIED as moot and all deadlines are VACATED. The clerk shall close this case.

DATED this 5th day of November, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1